HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVE ALEXANDERSON,

               Plaintiff,

v.

SCOTT LANGTON, in his individual capacity, and CITY OF BLAINE, a municipal corporation,

               Defendants.

NO. 2:13-CV-01764-JLR

DECLARATION OF THOMAS P. MILLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMAY JUDGMENT

I, THOMAS P. MILLER, hereby declare as follows:

1. I am over the age of eighteen years and am a citizen of the United States. I have personal knowledge of the facts set forth herein and am competent to testify to them at trial.

2. I am one of the attorneys of records for defendants CITY OF BLAINE and SCOTT LANGTON.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the deposition of Timothy Richardson taken on August 26, 2014.

DECLARATION OF THOMAS P. MILLER IN
SUPPORT OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT
(2:13-CV-10764 JLR) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the deposition of Vida Moore taken on September 11, 2014.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the deposition of Dave Alexanderson taken on July 15, 2014.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the transcript of the jury trial in *City of Blaine v. Dave Alexanderson* held in the Blaine Municipal Court on February 6, 2012.

7. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the transcript of the deposition of Scott Langton taken on August 25, 2014.

8. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the transcript of the deposition of Niles Roberts, MD taken on September 19, 2014.

9. Attached hereto as **Exhibit G** is a true and correct copy of Blaine Municipal Court Dockets for Case No. C00011556 and Case No. 1Z0426265 (BLAINE 1472-1476).

10. Attached hereto as **Exhibit H** is a true and correct copy of the Verdict Form in *City of Blaine v. David Alexanderson*, signed on February 6, 2012.

11. Attached hereto as **Exhibit I** is a true and correct copy of the transcript of the hearing held in Blaine Municipal Court on February 15, 2012 in *City of Blaine v. Dave Alexanderson.*

12. Attached hereto as **Exhibit J** is a true and correct copy of jury instruction number 4 from the jury trial of *City of Blaine v. Dave Alexanderson* held in Blaine Municipal Court on February 6, 2012 (BLAINE 37).

DECLARATION OF THOMAS P. MILLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
(2:13-CV-10764 JLR) - 2

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

13. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the transcript of the deposition of Norm Stamper, Ph.D., taken on September 24, 2014.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED in Seattle, Washington this 28th day of October, 2014.

CHRISTIE LAW GROUP, PLLC


By _____/s/ Thomas P. Miller_____
THOMAS P. MILLER, WSBA #34473
Attorney for Defendants City of Blaine
 and Officer Scott Langton
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Telephone: (206) 957-9669
Fax: (206) 352-7875
Email: tom@christielawgroup.com

DECLARATION OF THOMAS P. MILLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
(2:13-CV-10764 JLR) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Murphy Evans, WSBA #26293
BROWNLIE EVANS WOLF & LEE, LLP
230 East Champion Street
Bellingham, WA 98225
Telephone: 360-676-0306
Fax: 360-676-8058
Email: murphy@brownlieevans.com
Attorney for Plaintiff


CHRISTIE LAW GROUP, PLLC


By     /s/ Thomas P. Miller
THOMAS P. MILLER, WSBA #34473
Attorney for Defendants City of Blaine
 and Officer Scott Langton
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Telephone: (206) 957-9669
Fax: (206) 352-7875
Email: tom@christielawgroup.com

DECLARATION OF THOMAS P. MILLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
(2:13-CV-10764 JLR) - 4

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669