HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVE ALEXANDERSON,

                Plaintiff,

v.

SCOTT LANGTON, in his individual capacity,

                Defendant.

NO. 2:13-CV-01764-JLR

SUPPLEMENTAL DECLARATION OF THOMAS P. MILLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, THOMAS P. MILLER, hereby declare as follows:

1. I am over the age of eighteen years and am a citizen of the United States. I have personal knowledge of the facts set forth herein and am competent to testify to them at trial.

2. I am one of the attorneys of records for defendant SCOTT LANGTON.

3. Attached hereto as **Exhibit A** for the Motion to Strike is a true and correct copy of excerpts from the transcript of the deposition of Niles Roberts, MD taken on September 19, 2014.

4. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from the transcript of the deposition of David Alexanderson taken on September 19, 2014.

SUPPLEMENTAL DECLARATION OF THOMAS P. MILLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (2:13-CV-10764 JLR) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

5. Attached hereto as **Exhibit C** is a true and correct copy of the transcript of the jury trial held in Blaine Municipal Court on February 6, 2012 in *City of Blaine v. David Alexanderson.*

6. Attached hereto as **Exhibit D** is a true and correct copy of the transcript of the hearing held in Blaine Municipal Court on September 14, 2011 in *City of Blaine v. Dave Alexanderson.* This transcript was properly quoted in defendants' moving brief, but incorrectly cited as the February 15, 2012 hearing transcript, attached as Exhibit I to the October 28, 2014 Declaration of Thomas P. Miller in Defendant's Motion for Summary Judgment 10:19-20.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED in Seattle, Washington this 21st day of November, 2014.

                                                CHRISTIE LAW GROUP, PLLC

                                                By     /s/ Thomas P. Miller
                                                     THOMAS P. MILLER, WSBA #34473
                                                     Attorney for Defendant Officer Scott Langton
                                                     2100 Westlake Avenue N., Suite 206
                                                     Seattle, WA 98109
                                                     Telephone: (206) 957-9669
                                                     Fax: (206) 352-7875
                                                     Email: tom@christielawgroup.com

SUPPLEMENTAL DECLARATION OF THOMAS P. MILLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (2:13-CV-10764 JLR) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Murphy Evans, WSBA #26293
BROWNLIE EVANS WOLF & LEE, LLP
230 East Champion Street
Bellingham, WA 98225
Telephone: 360-676-0306
Fax: 360-676-8058
Email: murphy@brownlieevans.com
Attorney for Plaintiff

CHRISTIE LAW GROUP, PLLC

By    /s/ Thomas P. Miller
THOMAS P. MILLER, WSBA #34473
Attorney for Defendants City of Blaine
and Officer Scott Langton
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Telephone: (206) 957-9669
Fax: (206) 352-7875
Email: tom@christielawgroup.com

---

SUPPLEMENTAL DECLARATION OF THOMAS P. MILLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (2:13-CV-10764 JLR) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669